UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Sydney Ellerbe,<br><br>            Plaintiff,<br><br>     v.<br><br>Schulman Properties; Winnie Schulman; and Tuscan Highlands, LLC,<br><br>            Defendants. | Case No. 2:24-cv-00554-APG-DJA<br><br>**Order** |

Before the Court are pro se Plaintiff Sydney Ellerbe's motions to extend the deadline for service. (ECF Nos. 14, 15). Plaintiff explains that he never received the Court's order screening Plaintiff's complaint and ordering service. The Court finds that Plaintiff has shown good cause to extend the deadline to serve Defendants. *See* Fed. R. Civ. P. 4(m). So, the Court will re-send Plaintiff the Court's prior order and will order service.

**IT IS THEREFORE ORDERED** that Plaintiff's motions to extend the deadline for service (ECF Nos. 14, 15) are **granted.** The service deadline shall be extended to **October 14, 2025.**

**IT IS FURTHER ORDERED** that, because Plaintiff is proceeding without paying the filing fee under 28 U.S.C. § 1915, he is entitled to rely on the United States Marshal's Service ("USMS") for service. *See* Fed. R. Civ. P. 4(c)(3).

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send the following the USMS for service:

- Three copies of the amended complaint filed at ECF No. 9.
- The summonses issued to Tuscan Highlands LLC; Schulman Properties; and Winnie Schulman filed at ECF No. 11.
- A copy of this order.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send Plaintiff the following:

- A copy of the Court's prior order filed at ECF No. 10.
- A copy of the amended complaint filed at ECF No. 9.
- A copy of this order.
- Three blank copies of the Form USM-285.[1]

**IT IS FURTHER ORDERED** that Plaintiff must complete one USM-285 form for each Defendant and provide an address where each Defendant can be served with process. Plaintiff shall have until **August 5, 2025,** to provide his completed USM-285 forms to the USMS.

**IT IS FURTHER ORDERED** that upon receipt of the issued summons, the USM-285 forms, and the operative complaint, the USMS shall attempt service upon Defendants.

**IT IS FURTHER ORDERED** that, within twenty-one days after receiving from the USMS a copy of the form USM-285 showing whether service has been accomplished, Plaintiff must file a notice with the Court identifying whether the Defendants were served. If Plaintiff wishes to have service again attempted on an unserved Defendant, he must file a motion with the Court identifying the unserved Defendant and specifying a more detailed name and/or address for said Defendant or whether some other manner of service should be attempted.

DATED: July 15, 2025,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] The USM-285 form is also available at: https://www.usmarshals.gov/resources/forms/usm-285-us-marshals-process-receipt-and-return.