# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Sydney Ellerbe,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Tuscan Highlands, LLC; Schulman Properties; and Winnie Schulman,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-00554-APG-DJA<br><br>**Order** |

Before the Court is Defendants' motion to extend time to respond to Plaintiff's amended complaint. (ECF No. 19). The Court finds that Defendants have shown good cause for their requested extension and grants it. *See* Fed. R. Civ. P. 6(b).

**IT IS THEREFORE ORDERED** that Defendants' motion to extend time (ECF No. 19) is **granted.** Defendants shall have until September 11, 2025, to respond to Plaintiff's complaint. The Clerk of Court is kindly directed to send Plaintiff a copy of this order.

DATED: August 29, 2025

　　　　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE