LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:               (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendants*
*Tuscan Highlands, LLC; Schulman Properties;*
*and Winnie Schulman*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SYDNEY ELLERBE, | Case No.:   2:24-cv-00554-APG-DJA |
| Plaintiff, | **ORDER RE** |
| vs. | **SCHULMAN DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE CERTIFICATE OF INTEREST PARTIES** |
| TUSCAN HIGHLANDS, LLC; SCHULMAN PROPERTIES; and WINNIE SCHULMAN;, | |
| Defendants. | *First Request* |

Defendants Tuscan Highlands, LLC; Schulman Properties; and Winnie Schulman (collectively the "Schulman Defendants"), respectfully request a seven-day extension of time to file a Certificate of Interested Parties.  The current deadline set by the Clerk of Court was September 29, 2025.  If granted, the extended deadline will be October 6, 2025.

## MEMORANDUM OF POINTS AND AUTHORITIES

I.  ARGUMENT

On September 22, 2025, the Clerk of Court issued a notice setting a deadline of September 29, 2025 for the Shulman Defendants to file a Certificate of Interested Parties. (Clerk's Notice, ECF No. 23).  The undersigned counsel has been diligently working with the

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

18950.8

Page 1 of 3

1  Schulman Defendants to prepare the Certificate. However, in order to thoroughly identify each
2  of the members of the LLCs, the undersigned needs an additional seven days to further discuss
3  with each client and prepare the Certificate. Good cause and excusable neglect warrant
4  extending the Clerk of Court's current deadline under Local Rule IA 6-1 based on the diligence
5  of counsel in attempting to comply with the prior deadline, active efforts to provide the needed
6  information, and the absence of prejudice to any party or the Court as no rulings have been made
7  yet.

## II.   CONCLUSION

For the reasons stated above, the Schulman Defendants respectfully request a seven-day extension of time to file a Certificate of Interested Parties to October 6, 2025.

DATED this <u>30th</u> day of September, 2025.

KAEMPFER CROWELL

By:   /s/ Lyssa S. Anderson
LYSSA S. ANDERSON (Nevada Bar No. 5781)
KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135

*Attorneys for Defendants*
*Tuscan Highlands, LLC; Schulman Properties;*
*and Winnie Schulman*

**IT IS SO ORDERED**.

DATED: 10/3/2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

18950.8

Page 2 of 3

# CERTIFICATE OF SERVICE

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I caused the foregoing **SCHULMAN DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE CERTIFICATE OF INTEREST PARTIES** to be served via First Class Mail addressed to the following:

Sydney Ellerbe
9620 Las Vegas Blvd. South
Box E-41018
Las Vegas, NV 89123

*Plaintiff, pro se*

*(Via U.S., First Class Mail)*

DATED this 30th day of September, 2025.

/s/ _____
an employee of Kaempfer Crowell

18950.8

Page 3 of 3