# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SYDNEY ELLERBE, | Case No.: 2:24-cv-00554-APG-DJA |
| Plaintiff | **Order Granting Motion to Dismiss as Unopposed** |
| v. | [ECF No. 21] |
| SCHULMAN PROPERTIES, | |
| Defendant | |

I ORDER that defendants Schulman Properties, Winnie Schulman, and Tuscan Highlands LLC's motion to dismiss (**ECF No. 21) is GRANTED** as unopposed under Local Rule 7-2(d).

DATED this 7th day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE